IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER TECCO, *Plaintiff,* v. U.S. FACILITIES, INC., *Defendant.* | CIVIL ACTION NO. 17-3675 |

## **ORDER**

**AND NOW**, this 15th day of February, 2018, upon consideration of Defendant U.S. Facilities, Inc.'s Motion to Dismiss, (ECF No. 9) and Plaintiff's Response, (ECF No. 11), it is hereby **ORDERED** that Defendant's Motion (ECF No. 9), is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.